1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  JOEL MAXWELL,                           Case No.  1:22-cv-01267-BAM

12              Plaintiff,                  **ORDER SETTING STATUS
                                            CONFERENCE**
13       v.

14  DEPARTMENT OF THE TREASURY,
    BUREAU OF FISCAL SERVICE,               Date: March 21, 2023 at 9:30 AM
15
              Defendant.
16

17

18       On January 19, 2023, the Court convened a scheduling conference to set dates.  At the

19  hearing, Plaintiff informed the Court that he was still in the process of serving Defendant

20  pursuant to Federal Rule of Civil Procedure 4(i).

21       To allow Plaintiff time to properly serve Defendant, the Scheduling Conference is

22  converted to a Status Conference and continued to **March 21, 2023 at 9:30 AM in Courtroom 8**

23  **(BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of this Status

24  Conference will be for Plaintiff to update the Court regarding service and any other developments

25  in this matter.  If Plaintiff completes service prior to the Status Conference, Plaintiff shall file any

26  completed service of summons with the Court.

27       The parties shall appear at the conference remotely either via Zoom video conference or

28  Zoom telephone number.  The parties will be provided with the Zoom ID and password by the

Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

A copy of this Order will be served on Plaintiff at his last known address.

IT IS SO ORDERED.

Dated:   **January 20, 2023**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE