UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MAXWELL,<br><br>               Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF THE TREASURY, BUREAU OF FISCAL SERVICE,<br><br>               Defendant. | Case No. 1:22-cv-01267-BAM<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 6.)<br><br><br>Date: April 6, 2023 at 8:30 AM |

      On January 20, 2023, the Court set a status conference for March 21, 2023 to discuss service and any other developments in this matter. (Doc. 5.) On February 14, 2023, Defendant filed a request to reschedule the March 21, 2023 "initial scheduling conference" to a date after Defendant files its responsive pleading. (Doc. 6.) In its request, Defendant notes that it has been served and will file its responsive pleading on or before April 4, 2023. (*Id.*)

      Good cause appearing and to allow Defendant to file its responsive pleading prior to the hearing, the Status Conference is hereby converted to a Scheduling Conference and continued to **April 18, 2023 at 9:00 AM <u>in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.</u>** The Scheduling Conference will be on the record. The purpose of this Scheduling Conference will be for the parties to set dates in this matter. The parties shall file a Joint

1

Scheduling Report one week prior to the conference.  Plaintiff is reminded to file any completed service of summons with the Court.

The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

IT IS SO ORDERED.

Dated:   **February 15, 2023**              /s/ Barbara A. McAuliffe         _
                                                               UNITED STATES MAGISTRATE JUDGE

2