UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MAXWELL,<br><br>               Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF THE TREASURY, BUREAU OF FISCAL SERVICE,<br><br>               Defendant. | Case No.  1:22-cv-01267-BAM<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Doc. 8.) |

      On March 30, 2023, Plaintiff filed a notice of voluntary dismissal of the entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  (Doc. 8.)  In light of Plaintiff's voluntary dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  This Court VACATES all pending dates and matters.  The Clerk of the Court is directed to CLOSE THIS CASE.

      A copy of this Order will be served on Plaintiff at his last known address.

IT IS SO ORDERED.

    Dated:   **April 3, 2023**                              /s/ *Barbara A. McAuliffe*              
                                                                          UNITED STATES MAGISTRATE JUDGE